**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SOULEIMANE C.,

          Petitioner,

v.

TODD BLANCHE, Acting Attorney
General; MARKWAYNE MULLIN,
*Secretary, U.S. Department of Homeland
Security*; TODD M. LYONS, *Acting
Director of Immigration and Customs
Enforcement*; DAVID EASTERWOOD,
*Acting Director, St. Paul Field Office
Immigration and Customs Enforcement*;
and ERIC TOLLEFSON, *Sheriff of
Kandiyohi County*,

          Respondents.

Case No. 26-cv-2215 (LMP/JFD)

**ORDER**

---

**IT IS HEREBY ORDERED** that:

1.    Respondents are directed to file an answer to Petitioner Souleimane C.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Monday, April 20, 2026**, certifying the true cause and proper duration of Souleimane C.'s confinement and showing cause why the writ should not issue in this case;

2.      Respondents' answer must include:

    a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Souleimane C.'s detention in light of the issues raised in his Petition;

    b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Souleimane C.'s claims; and

    c.      Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.      If Souleimane C. intends to file a reply to Respondents' answer, he must do so on or before **Monday, April 27, 2026**;

4.      No further submissions from the parties will be permitted except as authorized by Court order; and

5.      Respondents are **ORDERED** not to move Souleimane C. outside of the District of Minnesota during the pendency of these proceedings, so that Souleimane C. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: April 13, 2026

Time: 2:20 p.m.

                                    *s/Laura M. Provinzino*

                                    Laura M. Provinzino

                                    United States District Judge